IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYN THOMPSON,

    Plaintiff,

v.

DEPUY ORTHOPAEDICS, INC., et al.,

    Defendants.

    /

No. C 14-03662 JSW

**ORDER TO SHOW CAUSE RE PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL**

On August 29, 2014, Plaintiff filed an administrative motion to seal portions of its motion to remand, as well as certain exhibits in support of that motion. (Docket No. 10.) Plaintiff attest that Defendants designated these materials confidential.

> If the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party or a non-party pursuant to a protective order, or a document containing information so designated by an opposing party or a non-party, the Submitting Party's declaration in support of the Administrative Motion to File Under Seal must identify the document or portions thereof which contain the designated confidential material and identify the party that has designated the material as confidential ("the Designating Party"). The declaration must be served on the Designating Party on the same day it is filed and a proof of such service must also be filed.
>
> **Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable.**

N.D. Civ. L.R. 79-5(e)(1).

Defendants have not filed a declaration in the time period required by the Local Rules. Before the Court denies Plaintiff's motion, the Court will provide the Defendants with one final

opportunity to establish that the documents are sealable, and Defendants must do more than cite to the fact that the documents have been designated as confidential pursuant to a protective order.

Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE by **September 12, 2014,** why the documents Plaintiff has lodged under seal should not be filed in the public record.  If Defendants do not file a declaration by that date, the Court shall deny Plaintiff's motion and shall order the documents to be electronically filed in the public record.

**IT IS SO ORDERED.**

Dated: September 5, 2014



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2