UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



By s/* JESSICA ROGERS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
October 15, 2014

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION

| | | |
|---|---|---|
| Thompson v. DePuy Orthopaedics, Inc., et al, | ) | |
| N.D. California, C.A. No. 4:14–03662 | ) | MDL No. 2244 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Thompson*) on August 27, 2014. Prior to expiration of that order's 7-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. Plaintiff has withdrawn her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-184" filed on August 27, 2014, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable James Edgar Kinkeade.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel